UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARL WATKINS, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | No. 4:11CV1118 HEA |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on movant's motion for appointment of counsel. The motion will be denied.

There is no constitutional or statutory right to appointed counsel in civil cases. <u>Nelson v. Redfield Lithograph Printing</u>, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the **movant** has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the **movant** will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the movant's allegations; and (4) whether the factual and legal issues presented by the action are complex. See <u>Johnson v. Williams</u>, 788 F.2d 1319, 1322-23 (8th Cir. 1986); <u>Nelson</u>, 728 F.2d at 1005.

After considering these factors, the Court finds that the facts and legal issues involved are not so complicated that the appointment of counsel is warranted at this time.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for appointment of counsel is **DENIED** without prejudice.

Dated this 11th day of July, 2011.

*[signature]*

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE